**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
STATESVILLE **DIVISION**
**CIVIL ACTION NO.** 5:16-CV-00072-RLV-DSC

| | |
|---|---|
| PRO STEP MARKETING, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REAL ESTATE WEBMASTERS, INC., ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Local Rule of Civil Procedure 83.1 details various requirements for attorney admission and eligibility. Counsel must be admitted to practice before this Court. LCvR 83.1(A). Counsel also must establish an ECF account after admission. LCvR 83.1(D). These local rules are "published and widely available." *Lee v. Hilldrup Companies, Inc.*, No. 3:13-CV-64-RJC-DSC, 2013 WL 2480677, at *2 (W.D.N.C. June 10, 2013).

This case was removed on May 5, 2016. On May 6, 2016, the Clerk's Office duly noticed Plaintiff's Counsel of these requirements. On May 11, 2016, the Clerk's Office again noticed Plaintiff's Counsel of these requirements stating that these requirements must be satisfied by May 23, 2016. A motion to dismiss was filed on May 31, 2016.

Plaintiff's Counsel is warned that continued non-compliance with the Local Rules may result in dismissal under Rule 41(b) for failure to prosecute this action, as exemplified by the course of events in Judge Conrad's well-reasoned opinion cited above.

Accordingly, the Court **ORDERS:**

1. Plaintiff's Counsel to satisfy the requirements for Admission to the Bar of this Court and to register for ECF within ten days from the date of this Order.

2. If Plaintiff's Counsel does not respond, Plaintiff has twenty-one days from the date of this Order to retain counsel admitted to practice in this Court and file a Notice of Appearance;

3. If the above time frames lapse, the Court will consider whether dismissal for failure to prosecute is warranted; and

4. The Clerk is respectfully directed to mail a copy of this Order to Plaintiff's Counsel. Plaintiff's Counsel is instructed to immediately provide a copy of this Order to the Plaintiff and to provide the Court with a Certificate of Service which includes the mailing address of the Plaintiff.

**SO ORDERED.**

Signed: June 3, 2016

Richard L. Voorhees
United States District Judge