IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-00072-RLV-DSC

| | |
|---|---|
| PRO STEP MARKETING, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| REAL ESTATE WEBMASTERS, INC., | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**BEFORE THE COURT** is the Motion to Dismiss Pursuant to Rule 12(b)(3) and for Forum Non Conveniens and a Memorandum in Support by Defendant Real Estate Webmasters, Inc. (Docs. 8, 10). Plaintiff Pro Step Marketing, Inc. has filed a Memorandum in Opposition (Doc. 15). Upon review, the record does not include material that may or may not include the "Forum Selection Clause" discussed in the parties' briefs.

Accordingly, the Court **ORDERS** the parties to file pertinent evidence as well as affidavits or declarations demonstrating the foundation for admissibility for such evidence within three days from the date of this Order.

**SO ORDERED.**

Signed: July 26, 2016

Richard L. Voorhees
United States District Judge