# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Pro Step Marketing, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:16-cv-00072-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Real Estate Webmasters, Inc., | ) | |
| | ) | |
| Defendant, | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2017 Order.

August 21, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court